UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60081-RS

**MONIQUE NAVES,**

    **Plaintiff,**

**v.**

**TRANS UNION LLC, and
AUTOMAX OF PA, INC.,**

    **Defendants.**

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT TRANS UNION LLC**

Plaintiff Monique Naves and Defendant Trans Union LLC ("Trans Union"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of Defendant Trans Union in the above-styled action. Plaintiff and Defendant Trans Union shall each bear their own attorneys' fees and costs.

DATED:        August 22, 2024

Respectfully Submitted,

/s/ Gerald D. Lane Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*Counsel for Plaintiff*

/s/ Ritika Singh
Ritika Singh
Florida Bar No.: 1016708
QSLWM
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
2145605459
Email: rsingh@qslwm.com

*Counsel for Defendant Trans Union LLC*