UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60081-CIV-SMITH

MONIQUE NAVES,

    Plaintiff,

vs.

TRANS UNION LLC, *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL OF TRANS UNION LLC

This cause is before the Court upon the Joint Stipulation of Voluntary Dismissal as to Defendant Trans Union LLC [DE 15], dismissing Defendant Red Ginger, Inc. Upon consideration, it is

**ORDERED** that Defendant Trans Union LLC is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of August, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record