**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:24-cv-60081-RS**

**MONIQUE NAVES,**

    **Plaintiff,**

**v.**

**TRANS UNION LLC, and**
**AUTOMAX OF PA, INC.,**

    **Defendants.**

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT**
**<u>AUTOMAX OF PA, INC.</u>**

Plaintiff Monique Naves and Defendant Automax of PA, Inc. ("AutoMax"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of Defendant AutoMax in the above-styled action. Plaintiff and Defendant AutoMax shall each bear their own attorneys' fees and costs.

DATED:       October 18, 2024

Respectfully Submitted,

/s/ Gerald D. Lane Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*Counsel for Plaintiff*

/s/ Brooks Charles Rathet
Brooks Charles Rathet
Bromagen & Rathet, PA
135 2nd Avenue North
Suite 1
Jacksonville Beach, FL 32250
904-242-0860
Fax: 904-242-0830
Email: Brooks@bromagenlaw.com

*Counsel for Defendant AutoMax*

/s/ Ritika Singh
Ritika Singh
Florida Bar No.: 1016708
QSLWM
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
2145605459
Email: rsingh@qslwm.com

*Counsel for Defendant Trans Union LLC*